PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700



FILED

MAY 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) 2:16-SW-0405-CKD
APPLICATION OF THE UNITED STATES )
OF AMERICA FOR A SEARCH WARRANT ) **ORDER RE: REQUEST TO**
CONCERNING: ) **UNSEAL SEARCH WARRANT**
) **AND SEARCH WARRANT**
**4901 Elude Court** ) **AFFIDAVIT**
**Sacramento, California** )
)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: May 19, 2017

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE